UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**ROMAN LOBATON**            CASE NO. 6:24-CV-01006 SEC P

**VERSUS**            **JUDGE ROBERT R. SUMMERHAYS**

**ELEAZAR GARCIA, ET AL.**            **MAGISTRATE JUDGE WHITEHURST**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and having addressed the objections to the Report and Recommendation filed in the record;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus [ECF No. 1] is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE in Chambers on this 16th day of May, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE